for the first district at the October term, 1927. Affirmed. Opinion filed February 9, 1928.

Golden, Kagan & Whiteside, for appellant. Henry Pollenz and John A. Zvetina, for appellees.

Mr. Justice Wilson delivered the opinion of the court.

---

**City of Chicago, defendant in error, v. William Diamond, plaintiff in error. Gen. No. 31,997.**

Action of debt to recover fine for keeping disorderly house. Fine assessed. Error to the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Affirmed. Opinion filed February 9, 1928.

Edward H. Morris and Alonzo E. Tansil, for plaintiff in error. Samuel A. Ettelson, Corporation Counsel, and Frank Peska, City Prosecutor, for defendant in error; A. Edward Aberman, Chief Assistant Prosecutor, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

---

**City of Chicago, defendant in error, v. William Diamond, plaintiff in error. Gen. No. 31,998.**

Debt to recover penalty for keeping disorderly house. Fine assessed. Error to the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Affirmed. Opinion filed February 9, 1928.

Edward H. Morris and Alonzo E. Tansil, for plaintiff in error. Samuel A. Ettelson, Corporation Counsel, and Frank Peska, City Prosecutor, for defendant in error; A. Edward Aberman, Chief Assistant Prosecutor, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

---

**Felix Kortas, administrator of the estate of Bertha Topol, deceased, defendant in error, v. Regina Baron and Paul Baron, plaintiffs in error. Gen. No. 32,018.**

Trover to recover value of note. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Affirmed. Opinion filed February 9, 1928.

Louis Greenberg and Louis L. Gould, for plaintiffs in error; Louis Greenberg, of counsel. David Y. Patlak, for defendant in error; Jacob Margolis, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

---

**William Loehde and William H. Loehde, trading as William Loehde, appellees, v. Anna Strauss, appellant. Gen. No. 32,029.**

Action to recover real estate commission. Judgment for plaintiffs. Appeal from the County Court of Cook county; the Hon. Fred B. Herbert, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Affirmed. Opinion filed February 9, 1928.

Fred L. Steers, for appellant. Winters, Stevens, Risk & Griffith, for appellees; George M. Stevens and Melvin L. Griffith, of counsel.

Mr. Justice Wilson delivered the opinion of the court.